Tibor Nagy, Jr., SBN 007465
Christopher M. Pastore, SBN 026340
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
3430 E. Sunrise Drive, Suite 220
Tucson, AZ  85718
Telephone:  520.544.0300
Fax:  520.544.9675
tibor.nagy@ogletree.com
christopher.pastore@ogletree.com

Attorneys for Defendant Corizon Health, Inc.
and Corizon, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>      Plaintiff,<br><br>v.<br><br>Corizon Health, Inc. and Corizon, LLC,<br><br>      Defendants. | No.  2:18-cv-02942-JZB<br><br>**CORIZON HEALTH, INC.'S AND CORIZON, LLC'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Corizon Health, Inc. and Corizon, LLC in compliance with the provisions of: (check one)

        X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

        _____ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_\_ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

\_\_\_\_  No such corporation.

\_\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (Attach additional pages if needed.)

_____Public held corporation, not a party to the case, with a financial interest in the outcome.  List identity of corporation and the nature of the financial interest.  (Attach additional pages if needed.)

_____Relationship_____

\_\_\_X\_\_\_\_Other (please explain)

Corizon, LLC is a subsidiary of Corizon Health, Inc.  Corizon Health, Inc. is a subsidiary of Valitas Health Services, Inc. No publicly held corporation owns 10% or more of the stock of Defendants Corizon, LLC or Corizon Health, Inc.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 26th day of November, 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:   s/ Tibor Nagy, Jr.

2

Tibor Nagy, Jr.
Christopher M. Pastore
3430 E. Sunrise Drive, Suite 220
Tucson, AZ  85718
Attorneys for Defendant Corizon Health, Inc. and Corizon, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Mary Jo O'Neill
James P. Driscoll-MacEachron
William R. Hobson
Wasan A. Awad
Benjamin, Price
Equal Employment Opportunity Commission
Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, AZ  85012
Attorneys for Plaintiff

 s/Barbara A. Stamm

3