Mary Jo O'Neill, AZ Bar #005924
James Driscoll-MacEachron AZ Bar #027828
William R. Hobson, AZ Bar #006887
Wasan A. Awad, AZ Bar #025352
Benjamin Price, IL Bar #6301926
Equal Employment Opportunity
Commission, Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, Arizona 85012
Telephone: (602) 640-5032
Fax: (602) 640-5009
Email:  james.driscoll-maceachron@eeoc.gov
        william.hobson@eeoc.gov
        wasan.awad@eeoc.gov
        benjamin.price@eeoc.gov

Attorneys for Plaintiff

Tibor Nagy, Jr., AZ Bar #007465
Christopher M. Pastore, AZ Bar #02634
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
3420 E. Sunrise Dr., Suite 220
Tucson, Arizona 85718
Telephone: (520) 544-0300
Facsimile: (520) 544-9675
Email: tibor.nagy@ogletree.com
        christopher.pastore@ogletree.com

Attorneys for the Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>Plaintiff,<br><br>vs.<br><br>Corizon Health, Inc., and Corizon, LLC,<br><br>Defendants. | **Case. No. 2:18-cv-2942-PHX-DLR**<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

The Plaintiff Equal Employment Opportunity Commission and Defendants Corizon Health, Inc., and Corizon, LLC jointly move this court to enter and approve the

Consent Decree that has been lodged on this date. The Parties stipulate that this Consent Decree is fair, reasonable, and equitable and does not violate the law or public policy.

RESPECTFULLY SUBMITTED this 10th day of May 2019.

        MARY JO O'NEILL
        Regional Attorney

        JAMES DRISCOLL-MACEACHRON
        Supervisory Trial Attorney

        */s/ Wasan Awad*
        WASAN AWAD
        Trial Attorney

        BENJAMIN PRICE
        Trial Attorney

        WILLIAM R. HOBSON
        Trial Attorney

        EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION
        Phoenix District Office
        3300 N. Central Ave., Suite 690
        Phoenix, AZ 85012

        Attorneys for Plaintiff

        */s/ Tibor Nagy, Jr.*
        Tibor Nagy, Jr.
        Christopher M. Pastore

        OGLETREE, DEAKINS, NASH, SMOAK &
        STEWART, P.C.
        3420 E. Sunrise Dr.
        Suite 220
        Tucson, Arizona
        85718

        Attorneys for Defendants